IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEATRICE SMITH WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-392-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 17.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. Petitioner's § 2255 motion (Doc. # 2) is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 12th day of May, 2017.

                                        /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE